# EXHIBIT C

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # |
|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20210426 | 0000000010 | ▮▮▮ | ▮▮▮0264 | - | 130,000.00 | 003331593433 |

Return Reason : NSF-Insuf Funds
Decision description : RECLEAR



**WYTCOTE WYTCOTE**
938 18TH STREET
SANTA MONICA, CA, 90403

BANK OF AMERICA N.A.
P.O. BOX 27025
RICHMOND, VA, 23261-7025

1069

04/26/2021

Pay To The Order Of: Ninesquare Medical Management Llc          $130,000.00

Pay Exactly One Hundred and Thirty Thousand Dollars 00 Cents

Customer authorization obtained:   04/26/2021

Memo: ninesquare

SIGNATURE NOT REQUIRED
Payment has been authorized by the depositor.
Payee to hold you harmless for payment of this document.
This document shall be deposited only to credit of payee.
Absence of endorsement is guaranteed by payee's bank.

001069



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # |
|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20210426 | 0000000010 | | 0264 | - | 130,000.00 | 003333458434 |

Return Reason : NSF 2nd Time
Decision description : CHARGE BACK





Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

file:///C:/Users/a910071/AppData/Local/Temp/3BFP40W5.htm     5/25/2021

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # |
|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20210426 | 0000000482 | ▇▇▇ | ▇▇▇264 | - | 160,000.00 | 003330582567 |

Return Reason : Alter/Fictitious
Decision description : CHARGE BACK



*ORIGINAL CHECK HAS A COLORED BACKGROUND PRINTED ON CHEMICAL REACTIVE PAPER - SEE BACK FOR DETAILS*

TOM WATTS
314 S FRANKLIN ST
TITUSVILLE, PA, 16354

TEXAS CAPITAL BANK
SUITE 800
RICHARDSON, TX, 75082

48234

04/26/2021

Pay To The Order Of: Ninesquare Medical Management Llc       $160,000.00

Pay Exactly One Hundred and Sixty Thousand Dollars 00 Cents

Customer authorization obtained: 04/26/2021

SIGNATURE NOT REQUIRED
Payment has been authorized by the depositor.
Payee to hold you harmless for payment of this document.
This document shall be deposited only to credit of payee.
Absence of endorsement is guaranteed by payee's bank.

Memo: PAYMENT 2

048234



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

file:///C:/Users/a910071/AppData/Local/Temp/3BFP40W5.htm       5/25/2021