| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Matthew Follett (SBN 325481)<br>mfollett@FoxRothschild.com<br>Fox Rothschild LLP<br>10250 Constellation Blvd, Suite 900<br>Los Angeles, CA 90067<br>Telephone: (310) 598-4150 | |
| ATTORNEY(S) FOR: | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff(s),<br>v.<br>NINESQUARE MEDICAL MANAGEMENT, LLC, a California LLC; BRIAN LAM, an individual; and DOES 1 through 10 inclusive.<br><br>Defendant(s) | CASE NUMBER:<br><br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff Wells Fargo Bank, N.A._____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Wells Fargo Bank, N.A. | 1. Plaintiff |
| 2. NINESQUARE MEDICAL MANAGEMENT, LLC | 2. Defendant |
| 4. BRIAN LAM | 4. Defendant |

| | |
|---|---|
| February 24, 2022 | /s/Matthew Follett |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Wells Fargo Bank, N.A.

CV-30 (05/13)          **NOTICE OF INTERESTED PARTIES**