# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A._____Plaintiff(s),_____v._____NINESQUARE MEDICAL MANAGEMENT, LLC, et al._____Defendant(s). | CASE NO. 2:22−cv−01286−DSF−JPR_____**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before 7/10/2023. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: June 8, 2023

                                /s/ *Dale S. Fischer*
                                Dale S. Fischer
                                United States District Judge