JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>      Plaintiff,<br><br>      v.<br><br>NINESQUARE MEDICAL MANAGEMENT, LLC, a California limited liability company; BRIAN LAM, an individual; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No.: 2:22-cv-01286-DSF (JPRx)<br><br>**JUDGMENT** |

The Court having granted Plaintiff Wells Fargo Bank, N.A.'s motion for default judgment against Defendants Ninesquare Medical Management LLC and Brian Lam and having found that Wells Fargo Bank, N.A. is entitled to compensatory damages of $129,899.63, pre-judgment interest of $27,973.74, attorneys' fees of $10,560.18, and costs of $2,256.28,

IT IS ORDERED THAT judgment be entered in favor of Wells Fargo Bank, N.A. and against Defendants Ninesquare Medical Management LLC and Brian Lam, jointly and severally, for $170,689.83, as follows:

 1. compensatory damages of $129,899.63;
 2. pre-judgment interest of $27,973.74;
 3. attorneys' fees of $10,560.18; and
 4. costs of $2,256.28

Dated: August 28, 2023

*Dale S. Fischer*
Dale S. Fischer
United States District Judge